No. 2604.  McDANIEL v. AUSTIN.  November Term, 1889.
Plaintiff brought action to foreclose two mortgages, alleging that
the first was given to secure a note of defendant to plaintiff, and
the second to secure plaintiff and two others as sureties on a note
of defendant to C. M. Furman, both of which notes were past
due and unpaid, and that plaintiff's co-sureties had released to
him their interest in the second mortgage.  Defendant demurred
to the complaint upon the ground that C. M. Furman and the co-
sureties were necessary parties.  The Circuit Judge (Hudson)
overruled the demurrer, and, without motion to that effect, or-
dered Furman to be made a party.  On appeal, this judgment
was affirmed.  In concurring, MR. JUSTICE MCIVER said :
"I only desire to add that while C. M. Furman was not a neces-
sary party, still he was a proper party ; and hence I see no error
in overruling the demurrer for defect of parties, and then requir-
ing a proper party to be brought in.  Austin and Hovey &
Townes, having transferred their interests in the mortgage to
plaintiff, were not necessary parties."
OPINION by MR. JUSTICE MCGOWAN April 7, 1890.  *A.
Blythe*, for appellant.  *Furman & Furman*, contra.

No. 2632.  GARLINGTON v. COPELAND.  November Term,
1889.  This was a petition by plaintiff for rehearing of this case
(*ante*, p. 57), alleging errors in some of the statements of fact
made in the opinion ; but this court finding that no material fact
or principle of law had been overlooked, dismissed the petition
PER CURIAM, May 17, 1890.

No. 2638.  McCARTER v. ARMSTRONG.  November Term,
1889.  This was a petition by plaintiffs for a rehearing of this
appeal (see *ante*, 203), the grounds of the petition being that the
plaintiffs are deprived of the right to move for a trial *de novo* on
the minutes, and that this court should have passed upon the con-
struction given by the Circuit Judge to the agreement.
June 2, 1890.  The following order was passed PER CURIAM :
It not appearing in this motion that this court has overlooked
any question either of fact or law involved, it is ordered that the
petition herein be dismissed.